UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:17-cv-00934 |
|---|---|---|---|

| Dan B. Lain, Trustee of the Dune Plan Trust |
|---|
| *versus* |
| James A. Watt; Frank T. Smith, Jr.; Hal L. Bettis; Amiel David; Alan Gaines; Alan D. Bell; Alexander A. Kulpecz, Jr.; Emanuel R. Pearlman; Eric R. Stearns; John R. Brecker; Marjorie L. Bowen; Michael R. Keener; Richard M. Cohen; Robert A. Schmitz; Stephen P. Kovacs; Stephen Barrenchea; Steven M. Sisselman; and William E. Greenwood |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kenneth J. Aulet<br>Brown Rudnick LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 209-4930<br>kaulet@brownrudnick.com<br>New York State Bar No. 5040985<br>S.D.N.Y. Bar No. KA6503 |
|---|---|
| Name of party applicant seeks to appear for: | Defendants James A. Watt; Frank T. Smith, Jr.; Hal L. Bettis; Amiel David; Alan Gaines; Alan D. Bell; Alexander A. Kulpecz, Jr.; Emanuel R. Pearlman; Eric R. Stearns; John R. Brecker; Marjorie L. Bowen; Michael R. Keener; Richard M. Cohen; Robert A. Schmitz; Stephen P. Kovacs; Stephen Barrenchea; Steven M. Sisselman; and William E. Greenwood |

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/30/2017 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:            Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge