UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Dan B. Lain,<br>Trustee of the Dune Plan Trust,<br><br>    Plaintiff,<br><br>vs.<br><br>James A. Watt, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Number 17-cv-00331 |

### PLAINTIFF'S DEMAND FOR A JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: April 12, 2017

Respectfully submitted,

_____
Samuel M. Stricklin
Texas State Bar No. 19397050
Stricklin Law
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone: 972-238-8687
Cell: 469-601-4601
Email: sam.stricklin@stricklaw.pro

Counsel to Plaintiff Dan B. Lain,
Trustee of the Dune Plan Trust

## Certificate of Service

I hereby certify that on April 12, 2017, a true and correct copy of the Plaintiff's Demand for a Jury Trial has been served by ECF.

_____
Samuel M. Stricklin