**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Dan B. Lain,<br>Trustee of the Dune Plan Trust,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>James A. Watt, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Number 17-cv-00331 |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN COUNTS

Pursuant to Rule 41[1] of the Federal Rule of Civil Procedures Plaintiff hereby gives notice of its voluntary dismal of two counts:

> Count XV: Constructive Fraudulent Transfer – 11 U.S.C. §§544(b), 548(a)(1)(B, 550, 551 and as applicable Texas Bus. & Com.Code §24.005(a)2; Against All D&O Defendants – Constructive Fraud
>
> Count XVI: Constructive Fraudulent Transfer – 11 U.S.C. §§544(b), 548(a)(1)(B, 550, 551 and as applicable 6 Del. C. §1304(a)(2); Against All D&O Defendants – Constructive Fraud.

---

[1] Rule 41. Dismissal of Actions

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .

Such two counts are hereby dismissed.

Dated: April 12, 2017

Respectfully submitted,

Samuel M. Stricklin
Texas State Bar No. 19397050
Stricklin Law
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone: 972-238-8687
Cell: 469-601-4601
Email: sam.stricklin@stricklaw.pro

Counsel to Plaintiff Dan B. Lain,
Trustee of the Dune Plan Trust

**Certificate of Service**

I hereby certify that on April 12, 2017, a true and correct copy of the Plaintiff's Notice of Voluntary Dismissal of Certain Counts has been served by ECF.

Samuel M. Stricklin