IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAN B. LAIN, *as trustee of the Dune Plan Trust*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:17-CV-331-RP |
| | § | |
| JAMES A. WATT, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court in the above-entitled matter is Defendants' Motion to Refer Case to Judge Mott of the United States Bankruptcy Court. (Dkt. 24). Under Local Rule CV-7(e)(2), if a litigant opposes a nondispositive motion, the response must be filed within seven days of service of the motion. Loc. R. W.D. Tex. CV-7(e)(2). If there is no response filed within that time period, the rule allows that the court may grant the motion as unopposed. *Id.* Although more than seven days have passed since the date of service of the motion, no response from Plaintiff has been received. The Court, therefore, concludes there is no opposition to the relief sought by way of this motion.

Defendants' Motion to Refer Case, (Dkt. 24), is **GRANTED**. Therefore, and pursuant to the Standing Order of Reference of Bankruptcy Cases and Proceedings of October 4, 2013, **IT IS HEREBY ORDERED** that this action is **REFERRED** to Judge Christopher Mott of the United States Bankruptcy Court for the Western District of Texas.

**SIGNED** on May 3, 2017.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE